# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
             )
             )
v.             )     Criminal No.   3:17-cr-00239
             )      Judge Trauger
XAVIER FARMER     )
             )

## O R D E R

A hearing was held on the Third Superseding Petition (Doc. No. 64) on July 28, 2026. The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to the additional violations set out in Violations No. 1, 2, 4 and 7 (to which he had pled guilty on March 27, 2026), plus Violation No. 5. The government dismissed Violations 3 and 8.

The defendant is hereby sentenced to 30 days of intermittent custody, to be served on 10 consecutive weekends at the location and discretion of the Bureau of Prisons and then reinstated to complete his term of supervised release.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge